```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| - against - | **18 Cr. 457 (JGK)** |
| **EDWARD GONZALEZ,** | <u>**ORDER**</u> |
| Defendant. | |

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear for a teleconference on April 13, 2020 at 11:00 AM. The parties should call in to (888)-363-4749 and use access code 8140049.

The parties should be prepared to address what the nature of the defendant's 14-day quarantine is; whether it is safe to release the defendant before the exhaustion of that quarantine; whether the Government contends the defendant is required to exhaust any other remedies; the Government's position with respect to the defendant's request; and whether the First Step Act is a basis for the relief sought.

**SO ORDERED.**

**Dated:** New York, New York
April 9, 2020

_____/s/ John G. Koeltl_____
John G. Koeltl
United States District Judge