UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

    - against -                18 Cr. 457 (JGK) - 2

**EDWARD GONZALEZ,**                  ORDER

              Defendant.

**JOHN G. KOELTL, District Judge:**

For the reasons stated on the record at the teleconference on April 13, 2020, the application by Mr. Gonzalez for immediate release (Dkt. No. 79) is **denied without prejudice**.

**SO ORDERED.**

Dated:    New York, New York
           April 13, 2020              /s/ John G. Koeltl
                                            John G. Koeltl
                                  **United States District Judge**